■ In the Matter of WALTER MOORE, Petitioner, v GLENN S. GOORD, as Commissioner of New York State Department of Correctional Services, Respondent. [670 NYS2d 649] —Determination unanimously confirmed without costs and petition dismissed (*see, Matter of Hay v Coombe*, 229 AD2d 1015, *lv denied* 88 NY2d 816). (CPLR art 78 Proceeding Transferred by Order of Supreme Court, Wyoming County, Dadd, J.) Present—Pine, J. P., Wisner, Callahan, Boehm and Fallon, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVID WASHINGTON, Appellant. (Appeal No. 1.) [670 NYS2d 146] —Judgment unanimously affirmed. Memorandum: Defendant appeals from a judgment convicting him of criminal possession of a weapon in the third degree (Penal Law § 265.02 [4]). Defendant failed to preserve for our review his present contentions concerning the denial of his suppression motion (*see, People v Tutt*, 38 NY2d 1011) and his motion for a trial order of dismissal (*see, People v Gray*, 86 NY2d 10, 19). We decline to exercise our power to address those contentions as a matter of discretion in the interest of justice (*see,* CPL 470.15 [6] [a]). Defendant's sentence is neither unduly harsh nor severe. (Appeal from Judgment of Erie County Court, Rogowski, J.— Criminal Possession Weapon, 3rd Degree.) Present—Pine, J. P., Wisner, Callahan, Boehm and Fallon, JJ.